# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D23-1372
Lower Tribunal No. 2019-CA-006053-O

———————————————

NORA VOHS,

Appellant,

v.

WAL-MART STORES EAST, L.P.,

Appellee.

———————————————

Appeal from the Circuit Court for Orange County.
Denise Kim Beamer, Judge.

March 5, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE and SMITH, JJ., concur.


Brian J. Lee, of Morgan & Morgan, Jacksonville, for Appellant.

Jack R. Reiter, Eric M. Yesner, and Sydney M. Feldman, of GrayRobinson, P.A., Miami, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED